UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Clinton Parks,

      Plaintiff,

v.                                                Case No. 8:19-cv-01583-CEH-JSS

RS Equity Holding LLC,
d/b/a Regency Shopping Center,

      Defendant.

_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      **COMES NOW** Plaintiff, Clinton Parks, in the above-styled cause, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) , and hereby submits this Notice of Voluntary Dismissal Without Prejudice

Respectfully submitted this 17th day of December 2020,

_____
Christine N. Failey, Esq.
Law Office of Christine N. Failey, P.A.
PO Box 55404
St. Petersburg, FL 33732
ph. (888) 753-7370
cfailey@faileylaw.net
Florida Bar. Id. No. 22520

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served via US Mail to the Defendant, RS Equity Holdings LLC, d/b/a Regency Square Shopping Center, 320 Roebling St., #120, Brooklyn, NY 11211, Nathan Zieg, 3611 14th Ave., Ste. 420, Brooklyn, NY 11218. I further certify that on this 17th day of December, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system.

                                                                               */s/ Christine N. Failey*
                                                                               Christine N. Failey, Esq.
                                                                               Law Office of Christine N. Failey, P.A.
                                                                               PO Box 55404
                                                                               St. Petersburg, FL 33732
                                                                               ph. (888) 753-7370
                                                                               cfailey@faileylaw.net
                                                                               Florida Bar. Id. No. 22520

RS Mezzanine LLC
320 Roebling St., Ste. 120
Brooklyn, NY 11211

Nathan Zieg
3611 14th Ave., Ste. 420
Brooklyn, NY 11218