UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLINTON PARKS,

    Plaintiff,

v.                                                                                          Case No: 8:19-cv-1583-T-36JSS

RS EQUITY HOLDINGS LLC,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 25). In accord with Plaintiff's Notice of Voluntary Dismissal Without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal Without Prejudice is **APPROVED** (Doc. 25).

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on December 17, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record